IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID HILLSTROM; and ANGELA )
HILLSTROM )
                                         ) No. 3-11-0567
v. )
                                         )
JP MORGAN CHASE BANK, N.A.; )
CHASE HOME FINANCE, LLC, as )
Servicer for U.S. Bank as Trustee for )
WaMu Mortgage Pass Through )
Certificate for WMALT Series 2006-AR7 )
Trust; and SHAPIRO & KIRSCH, LLP[1] )

O R D E R

On January 28, 2013, counsel for the parties called the Court to advise that the parties had reached a resolution of this case.

As a result, the defendant's motion for partial dismissal (Docket Entry No. 31) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

By March 15, 2013, the parties shall file an agreed order of dismissal.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

                                                     JULIET GRIFFIN
                                                     United States Magistrate Judge

---

[1] By notice of voluntary dismissal filed on September 8, 2011 (Docket Entry No. 15), and order entered September 12, 2011 (Docket Entry No. 16), the plaintiffs' claims against defendant Shapiro & Kirsch, LLP were dismissed without prejudice.